FOSTER HYATT GROUP OF COMPANIES, INC. v.
HIGH POINT TOOL CO., INC.

July 2, 1984.

Petition for certification denied.

ANGELICA BUDANKOV v. CARL S. AMATO.

July 2, 1984.

Petition for certification granted.

VORELCO, INC. v. BOROUGH OF
ENGLEWOOD CLIFFS.

July 2, 1984.

Petition for certification denied.

RONALD BOOTH v. TOWNSHIP OF WINSLOW.

July 2, 1984.

Petition for certification denied.